■ LTCB TRUST COMPANY, Respondent, v 3 EAST 54TH STREET ASSOCIATES, Appellant. [670 NYS2d 80] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered July 10, 1997, which, *inter alia*, granted plaintiff's motion for summary judgment on its cause of action for foreclosure of a mortgage, unanimously affirmed, with costs.

Defendant claims that its failure to make the full interest payment that resulted in acceleration of the loan was a "hypertechnical default" wrongfully induced by plaintiff's misrepresentation that such a default was necessary "to make a re-

structuring of the loan more palatable to Plaintiff's home office". We agree with the IAS Court that defendant's alleged reliance on such alleged misrepresentation involving this $60 million loan fails to establish a triable issue with respect to estopping plaintiff from asserting the default (*see, Chemical Bank v Broadway 55-56th St. Assocs.*, 220 AD2d 308). We have considered defendant's remaining arguments and find them to be without merit. Concur—Wallach, J. P., Rubin, Williams, Mazzarelli and Saxe, JJ.